UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENSO TRUST COMPANY
CUSTODIAN FBO JEFFREY D.
HERMANN, IRA ACCOUNT NUMBER
20005343,

    Plaintiff,

    v.

LORINA DELFIERRO, *et al.*,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. C16-1926RSM

MINUTE ORDER GRANTING MOTION
FOR LEAVE TO AMEND ANSWER

The following MINUTE ORDER is made by direction of the Court, the Honorable

Ricardo S. Martinez, Chief United States District Judge:

On March 17, 2017, Defendant Lorina Delfierro filed a Motion for Leave to File a

Second Amended Answer, Affirmative Defenses and Counterclaims. Dkt. #27. Defendant

Delfierro requests to file such Amended Answer on the bases that she has fixed typographical

errors, improved on the organization of her Answer, and added one additional Counterclaim.

*Id.* Plaintiff has failed to respond to the motion. Under Local Civil Rule 7(b)(2), "[e]xcept for

motions for summary judgment, if a party fails to file papers in opposition to a motion, such

failure may be considered by the court as an admission that the motion has merit." The Court

deems Plaintiff's failure to respond in this case to be such an admission.

Accordingly, the Defendant Delfierro's Motion for Leave to Amend (Dkt. #27) is

GRANTED. Defendant Delfierro shall file her proposed Second Amended Answer,

MINUTE ORDER
PAGE - 1

Affirmative Defenses and Counterclaims with the Court **no later than three (3) days from the**

**date of this Order.**

DATED this  11th  day of April, 2017.

WILLIAM McCOOL, Clerk

By:     /s/ Rhonda Stiles
        Deputy Clerk

MINUTE ORDER
PAGE - 2