UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PENSO TRUST COMPANY CUSTODIAN FBO JEFFREY D. HERMANN, IRA ACCOUNT NUMBER 20005343, | ) ) ) ) | CASE NO. C16-1926RSM |
| | ) ) | MINUTE ORDER STRIKING MOTION TO WITHDRAW AS COUNSEL |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LORINA DELFIERO, *et al.*, | ) ) | |
| Defendants. | ) | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On May 25, 2017, attorney Charles M. Greenberg of Triad Law Group filed a Notice of Motion to Withdraw as Counsel, seeking to withdraw due to disciplinary issues that require him to suspend his practice of law for two months. Dkt. #35. The motion was improperly noted for the same day as it was filed. This does not comport with Local Civil Rule 7(d), which requires that counsel note such motions for consideration no earlier than the third Friday after filing. LCR 7(d)(3). More importantly, the motion fails to comport with Local Civil Rule 83.2(b). That Rule requires that any attorney desiring to withdraw representation of an individual which will result in such party proceeding *pro se* must certify that the individual has been advised of the withdrawal, and must include the party's address and telephone number.

MINUTE ORDER
PAGE - 1

LCR 83.2(b)(1). Mr. Greenberg fails to include the required contact information, which leaves the Court and opposing counsel with no ability to contact his client or provide her with any Court filings or Orders.

Accordingly, Mr. Greenberg's Motion to Withdraw as Counsel (Dkt. #35) is STRICKEN AS IMPROPER. Unless or until Mr. Greenberg files a proper motion to withdraw as counsel, comporting with the Court's Local Civil Rule 83.2, his authority and duties as counsel of record shall continue in this matter.

DATED this __30th__ day of May, 2017.


WILLIAM McCOOL, Clerk

By: ___/s/ Rhonda Stiles___
        Deputy Clerk