UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENSCO TRUST COMPANY CUSTODIAN FBO JEFFREY D. HERMANN, IRA ACCOUNT NUMBER 20005343,<br><br>Plaintiff,<br><br>v.<br><br>LORINA DELFIERO, *et al.*,<br><br>Defendants. | CASE NO. C16-1926RSM<br><br>MINUTE ORDER GRANTING MOTION TO CHANGE CAPTION |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On May 11, 2017, Plaintiff filed a Motion to Change the caption to correct a clerical error in Plaintiff's name. Dkt. #32. Plaintiff notes that its name should be reflected as "Pens*c*o," not "Penso." *Id.* Defendants have not responded to the motion. Accordingly, the Clerk SHALL amend the caption and Plaintiff's name on the docket of this case, and the caption shall correctly reflect the Plaintiff's name as Pensco Trust Company Custodian FBO Jeffrey D. Hermann, IRS Account Number 20005343 on all future documents filed in this matter.

DATED this __30th__ day of May, 2017.

                                                WILLIAM McCOOL, Clerk
                                              By:    /s/ Rhonda Stiles
                                                         Deputy Clerk