UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENSCO TRUST COMPANY CUSTODIAN FBO JEFFREY D. HERMANN, IRA ACCOUNT NUMBER 20005343,<br><br>Plaintiff,<br><br>v.<br><br>LORINA DELFIERO, *et al.*,<br><br>Defendants. | CASE NO. C16-1926 RSM<br><br>MINUTE ORDER GRANTING MOTION TO STRIKE |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On June 1, 2017, Plaintiff filed a Motion to Strike Defendant Delfiero's response to its Motion to Dismiss Counterclaims, on the basis that such response was untimely. Dkt. #41. Pursuant to this Court's Local Civil Rules, Defendant Delfiero's Response was due no later than May 30, 2017. LCR 7(d)(3) and LCR 6(a). Defendant Delfiero did not file her Response until May 31, 2017. Dkt. #38. At no time has Ms. Delfiero sought, nor has the Court granted, leave to file an untimely response. Accordingly, the Court GRANTS Plaintiff's Motion to Strike (Dkt. #41) and STRIKES Defendant Delfiero's Response as untimely. The Court will not consider the response when reviewing Plaintiff's Motion to Dismiss Counterclaims.

MINUTE ORDER
PAGE - 1

DATED this 2nd day of June 2017.

                                              WILLIAM McCOOL, Clerk

                                  By:     /s/ Rhonda Stiles
                                              Deputy Clerk