UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENSCO TRUST COMPANY CUSTODIAN FBO JEFFREY D. HERMANN, IRA ACCOUNT NUMBER 20005343,<br><br>Plaintiff,<br><br>v.<br><br>LORINA DELFIERRO, *et al.*,<br><br>Defendants. | CASE NO. C16-1926RSM<br><br>ORDER GRANTING DEFENDANT DELFIERRO'S MOTION FOR WITHDRAWAL OF COUNSEL |

Counsel for Defendant Lorina Delfierro has moved to withdraw as Ms. Delfierro's attorney of record. Dkt. #40. The basis for the motion is that counsel is currently addressing disciplinary issues requiring the suspension of practice of law for two months. *Id.* The motion is noted for consideration on June 16, 2017, and any responses were therefore due by Monday, June 12th. No party has opposed the motion. Therefore, the Court finds good cause to allow the withdrawal.

Accordingly, the Court hereby ORDERS:

1. Charles M. Greenberg and Triad Law Group are authorized to withdraw as attorney for Defendant Lorina Delfierro in this matter. The withdrawal is effective from the date this Order is entered.

ORDER
PAGE - 1

2. Ms. Delfierro will proceed in this matter *pro se* unless or until new counsel makes an appearance on her behalf.

3. Ms. Delfierro should be aware that there are currently pending motions for summary judgment (Dkts. #44 and #45) and she will now be responsible for filing any responses in opposition or replies in support thereof, in accordance with the deadlines set forth in Local Civil Rule 7(d)(3). A copy of the Court's Local Rules can be found on the Court's website at www.wawd.uscourts.gov, under the heading "Local Rules & General Orders," found on the left side of the Court's homepage.

4. The Clerk shall send a copy of this Order to all counsel of record, to Mr. Greenberg, and to Ms. Delfierro via U.S. Mail at her last known address of: **4009 SW 323rd St., Federal Way, WA 98023**.

DATED this 13 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE