UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENSCO TRUST COMPANY CUSTODIAN FBO JEFFREY D. HERMANN, IRA ACCOUNT NUMBER 20005343,<br><br>Plaintiff,<br>v.<br><br>LORINA DEL FIERRO; FIA CARD SERVICES, INC.; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; AND PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>Defendants. | Case No. 2:16-cv-01926-RSM<br><br>ORDER TO CONTINUE SUPPLEMENTAL BRIEFING DATE |

THIS MATTER comes before the Court on Plaintiff and Defendant DelFierro's Stipulation to Continue Supplemental Briefing Date (Dkt. 76). Based upon the mutual agreement of the stipulating parties IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The supplemental briefing date is continued to Friday, September 25, 2020.

DATED this 21st day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE SUPPLEMENTAL BRIEFING DATE
Page 1

Aldridge Pite, LLP
9311 SE 36th Street, Suite #100
Mercer Island, WA 98040
(858) 750-7600