UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENSCO TRUST COMPANY CUSTODIAN FBO JEFFREY D. HERMANN, IRA ACCOUNT NUMBER 20005343,<br><br>Plaintiff,<br>v.<br><br>LORINA DEL FIERRO; FIA CARD SERVICES, INC.; UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; AND PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>Defendants. | Case No. 2:16-cv-01926-RSM<br><br>**SUPPLEMENTAL JUDGMENT** |

Plaintiff is awarded judgment against defendant, Lorina Del Fierro, <u>In Rem</u> in the sum of **$1,182,303.64,** plus additional amounts for post judgment costs to be determined at the time of sale; and Real Property Judgment Summary is set forth below:

/./././

/./././

/./././

/./././

/./././

/./././

/./././

JUDGMENT
Page 1

Aldridge Pite, LLP
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | PENSCO TRUST COMPANY CUSTODIAN FBO JEFFREY D. HERMANN, IRA ACCOUNT NUMBER 20005343, |
| Attorney for Judgment Creditor: | Aldridge Pite, LLP<br>9311 SE 36th Street, Suite #100<br>Mercer Island, WA 98040 |
| Judgment Debtor: | IN REM |
| Attorney for Judgment Debtor: | Chuck Greenberg |
| Judgment Amount: | **$1,182,303.64** |
| Interest Rate: | % 0.00 |
| Attorney's Fees: | $0.00 |
| Litigation Costs: | $0.00 |

The property is legally described as follows:

> LOT 83, TWIN LAKES NO. 4, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 91 OF PLATS, PAGES 44 THROUGH 46, RECORDS OF KING COUNTY, WASHINGTON.

and commonly known as 4009 Southwest 323rd Street, Federal Way, WA 98023

1. The Deed of Trust which was recorded on July 20, 2007, under Auditor's File No. 20070720002339 records of King County, Washington, and said Security Agreement is adjudged and decreed to be a first and paramount lien upon the above described real estate and the whole thereof as security for the payment of the judgment herein set forth, and that said deed of trust is hereby foreclosed and the property therein described is hereby ordered sold by the U.S. Marshal or the Sheriff of King County at the election of plaintiff in the manner provided for by law, and the proceeds therefrom shall be applied to the payment of the judgment, interest, attorneys' fees, costs and such other sums as plaintiff has advanced prior to judgment, and that such sums shall constitute a first and specific lien and charge upon said real estate, prior and superior to any right, title, estate, lien or interest of the defendants and of any one claiming by, through or under them; and;

JUDGMENT
Page 2

Aldridge Pite, LLP
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600

2. Plaintiff waives post-judgment amounts for interest from the date this order is entered, due at the time of the sheriff's sale of the Subject Property;

3. Any ownership interest in the Subject Property claimed by Defendants is subject to foreclosure and extinguishment by Plaintiff;

4. The Deed of Trust be foreclosed; the usual judgment be made for the sale of the Subject Property according to law by the Sheriff; that Defendants and all persons claiming under any of them, after execution of the Deed of Trust, whether lien claimants or judgment creditors, claimants arising under junior mortgages or deeds of trust, purchasers, encumbrances or otherwise, be barred and foreclosed from all rights, claims, interest, or equity of redemption in the Subject Property and every part of the Subject Property when the time for redemption, if any, has elapsed; and the proceeds from the sale be applied first toward the costs of sale, then toward satisfaction of the obligation secured by Plaintiff's Deed of Trust as of the date of the sale;

5. Plaintiff, or any other party to this action, may become a purchaser at the foreclosure sale;

6. The Sheriff execute a deed to purchaser and that any such purchaser be then let into possession of the Subject Property;

7. Pursuant to RCW 6.23.020(1), it is ordered that an eight (8) month redemption period apply to the sale of the Subject Property, on the grounds that Plaintiff waives all deficiency rights related to the Subject Property;

8. Pursuant to RCW 6.23.110(1), it is ordered that the purchaser at the sheriff's foreclosure sale of the Property is entitled to exclusive and immediate possession of the Property from and after the date of the sale and is entitled to such remedies as are available at law to secure possession, if defendants, or any of them, or any other party or person shall refuse to surrender possession to the purchaser immediately on the purchaser's demand for Possession.

**IT IS SO ORDERED**

Dated: November 10, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JUDGMENT
Page 3

Aldridge Pite, LLP
9311 SE 36th Street, Suite #207
Mercer Island, WA 98040
(858) 750-7600